■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CITRIN, Appellant, v ROBERT DENNISON, as Chairman of New York State Board of Parole, Respondent. [858 NYS2d 637]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (John W. Grow, J.), entered April 13, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDGAR CORREA, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [861 NYS2d 869]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered February 28, 2007 in a habeas corpus proceeding. The judgment denied the petition.